**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa, Esq. (Cal. Bar No. 332132)
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MANCILLA,<br><br>     Plaintiff,<br><br>v.<br><br>VIKING CLIENT SERVICES, LLC<br><br>     Defendant. | Case No. 2:21-cv-03441-DSF-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOW COMES** Janet Mancilla ("Plaintiff"), through the undersigned counsel, and in support of her Notice of Voluntary Dismissal, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that this action is voluntarily dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

1

Date: June 29, 2021

Respectfully submitted,

By: */s/ Alejandro E. Figueroa*
Alejandro E. Figueroa
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois
Telephone: (630) 575-8181
alejandrof@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, I caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to be served by U.S. Mail to the following address:

**Viking Client Services, LLC**
10050 Crosstown Circle, Suite 300
Eden Prairie, MN 55344

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.

2